# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE | § | CHAPTER 7 |
| TRINITY DESIGN & BUILD, LLC, | § | |
| Debtor, | § | CASE NO. 24-43632-7 |

### Notice of Appearance and Request for Service of Papers

PLEASE TAKE NOTICE of the appearance of Nicholas H. Shahbazi and Herrin Law, PLLC as counsel for Trinity Design & Build, LLC, Debtor in this bankruptcy case who requests notice of all matters and pleadings in this case.

Date: October 28, 2024

Respectfully submitted,

**HERRIN LAW, PLLC**

By: */s/ Nicholas H. Shahbazi*
   **Nicholas H. Shahbazi**
   Texas Bar No. 24126819
   Email: nick@herrinlaw.com
   **C. Daniel Herrin**
   Texas Bar No. 24065409
   Email: dherrin@herrinlaw.com
   12001 N. Central Expy., Suite 920
   Dallas, Texas 75243
   Tel. (469) 607-8551
   Fax. (214) 722-0271
   **ATTORNEYS FOR DEBTOR**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on October 28, 2024, a true and correct copy of the foregoing document was served upon all parties entitled to receive notices through the Court's electronic notification system.

*/s/ Nicholas H. Shahbazi*
**Nicholas H. Shahbazi**