# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 24-43632 ELM | Judge: | Edward L. Morris | Trustee Name: | Marilyn D. Garner, Trustee |
|---|---|---|---|---|---|
| Case Name: | Trinity Design & Build LLC | | | Date Filed (f) or Converted (c): | 10/07/2024 (f) |
| | | | | 341(a) Meeting Date: | 05/20/2025 |
| For Period Ending: | 07/31/2025 | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| . No Assets To Report | | | | 0.00 | |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $0.00 | $0.00 | | $0.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

At this time, Trustee Marilyn D. Garner does not intend to close the case. This case involves conversion to Chapter 7 of an involuntary chapter 11 case. To date, no schedules have been filed and no corporate representative has appeared to provide sworn testimony. Trustee continues her efforts with several major creditors to determine the next course of action.

Initial Projected Date of Final Report (TFR):        Current Projected Date of Final Report (TFR):

Trustee Signature:    /s/ Marilyn D. Garner, Trustee      Date: 07/31/2025

Marilyn D. Garner, Trustee
2001 E. Lamar Blvd., Suite 200
Arlington, TX  76006
(817) 505-1499
mgarner@marilyndgarner.net